IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23cv535

| | |
|---|---|
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>META PLATFORMS, INC, et al., )<br>)<br>Defendants. )<br>) | ORDER |

    This matter is before the Court upon its own motion. The Court has discovered that a conflict of interest exists with this case. Accordingly, the undersigned must recuse himself and direct the Clerk to reassign this case to another judge.

    IT IS SO ORDERED.

Signed: September 1, 2023

Graham C. Mullen
United States District Judge